IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R.I. WHARTON ENTERPRISES,       )
        Plaintiff,              )
                                )
        v.                      ) Civil Action No. 10-1267
                                )
JOSEPH L. DUNN, d/b/a JOSEPH    )
JOSEPH L. DUNN OIL AND GAS,     )
        Defendant.              )

## ORDER

AND NOW, this 7th day of November, 2011, it appearing that the parties have reached a settlement of the above captioned matter, and the parties having placed the terms of that settlement on the record, IT IS HEREBY ORDERED, that the settlement as presented is APPROVED and the Clerk of Court is directed to mark the instant case closed.

BY THE COURT:

/s/ Robert C. Mitchell, J.
Hon. Robert C. Mitchell,
United States Magistrate Judge

cc: All Parties of Record